**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

CARRIE ANN CLAY,

        Plaintiff,

v.                                          CIVIL ACTION NO.: 3:23-cv-00803

NORTHSTAR ANESTHESIA OF
WEST VIRGINIA, PLLC,

        Defendant.

## COMPLAINT

Plaintiff, Carrie Ann Clay, files the following Complaint:

1.      Plaintiff, Carrie Ann Clay, is a citizen and domiciled resident of Omaha, Nebraska.

2.      Upon information and belief, the Defendant, Northstar Anesthesia of West Virginia, PLLC is a West Virginia PLLC chartered in Huntington, Cabell County, West Virginia.

3.      The citizenship of the parties is completely diverse.

4.      On August 31, 2021, Carrie Ann Clay was admitted to Cabell Huntington Hospital for induction of labor.

5.      On September 4, 2021 Carrie Ann Clay was scheduled for a cesarian procedure. Before the cesarian procedure Carrie Ann Clay was administered regional anesthesia in the form of a combined spinal/epidural by agents and/or employees of the Defendant.

6.      Prior to the administration of anesthesia, the Defendant, through its agents and employees, had a duty to disclose information to Carrie Ann Clay in order that she may give informed consent to the recommended combined spinal/epidural procedure. Such informed consent requires educating a patient on all risks and benefits of anesthesia so that the patient can

1

make an educated decision based on the patient's informational needs as to what is the best course of action given the patient's current medical issues.

7.      Before the administration of the combined spinal/epidural the employees and/or agents of the Defendant provided a form entitled "Request for Anesthesia Service" for Carrie Ann Clay to sign.

8.      The "Request for Anesthesia Service" does not discuss or mention the risks of spinal injury, loss of limb function, or permanent paralysis.  Moreover, Defendant's agents and employees did not advise Carrie Ann Clay of such risk nor of other medically reasonable anesthesia options which presented no risk of spinal injury, loss of limb function or permanent paralysis.

9.      Carrie Ann Clay would have withheld consent for a combined spinal/epidural had all material risks of the procedure been disclosed.

10.     The Defendant, through its agents and employees, failed to exercise the required degree of care, skill, and learning required and expected of a reasonable prudent health care provider with respect to providing informed consent to Carrie Ann Clay.

11.     The Defendant is vicariously liable for the negligent acts and omissions of its employees, agents, and servants with regard to the failure to obtain informed consent as set forth herein.

12.     As a proximate result of the Defendant's failure to obtain informed consent Carrie Ann Clay developed arachnoiditis secondary to the combined spinal/epidural resulting in bilateral lower extremity paralysis and loss of use of her lower extremities; has incurred medical expenses; will incur future medical expenses; has endured great mental, emotional, and physical pain, suffering and anguish; will in the future endure additional mental, emotional, and physical pain, suffering and

anguish; has lost wages and the ability to earn money in the future; has lost the ability to enjoy life and was otherwise seriously and permanently injured.

13.     The amount in controversy exceeds $75,000.00.

14.     Plaintiff has complied with the provisions of W.Va. Code § 55-7B-6(b) and provided the statutorily required notice of claim and certificate of merit prior to the expiration of the statute of limitations.  Pursuant to West Virginia Code § 55-7B-6(i)(1) the statute of limitations was tolled pending compliance with the notice of claim requirements.   More than 30 days has passed since the filing of a certificate of merit and the Defendants have not invoked pre-suit mediation.

WHEREFORE, the Plaintiff demands judgment against the Defendants in an amount that will fully and fairly compensate her for her injuries and damages.

PLAINTIFF DEMANDS A TRIAL BY JURY.

> CARRIE ANN CLAY
> BY COUNSEL

*/s/ Michael C. Walker*_____
Michael C. Walker (WVSB# 6973)
GREENE KETCHUM BAILEY & TWEEL LLP
419 Eleventh Street
Huntington, WV 25701
Phone: (304) 525-9115
Fax: (304) 529-3284
michael@greeneketchum.com