IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

CARRIE ANN CLAY,

     **Plaintiff,**

v.             **CIVIL ACTION NO.: 3:23-CV-00803**

NORTHSTAR ANESTHESIA OF
WEST VIRGINIA, PLLC

     **Defendant.**

## DISMISSAL ORDER

  On this day came the Plaintiff, Carrie Ann Clay, and Defendant, NorthStar Anesthesia of West Virginia, PLLC, by their respective and undersigned counsel, and informed the Court that all matters and controversies between and amongst the parties have been settled, compromised and resolved and jointly moved the Court to dismiss Defendant, NorthStar Anesthesia of West Virginia, PLLC, from this case, with prejudice.

  It is accordingly ADJUDGED and ORDERED that Defendant, NorthStar Anesthesia of West Virginia, PLLC, be and is hereby dismissed, with prejudice, as settled, agreed and compromised.

  As this matter has now been resolved as to all parties, it is further ORDERED that this matter be stricken from the docket of this Court.

  The Clerk of this Court is directed to send certified copies of this Order to all counsel of record.

ENTERED:  *July 8 2025*

                                          
HONORABLE ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Prepared by:

s/ J. Dustin Dillard
J. Dustin Dillard (WV Bar ID # 9051)
Flaherty Sensabaugh Bonasso PLLC
P. O. Box 3843
Charleston, West Virginia 25338-3843
Phone: (304) 345-0200
ddillard@flahertylegal.com
*Counsel for Defendant*

Approved by:

s/ Michael C. Walker
Michael C. Walker, Esq. (WVSB #6973)
GREENE KETCHUM BAILEY & TWEEL LLP
P. O. Box 2389
419 Eleventh Street
Huntington, WV 25724-2389
P: (304) 525-9115
Michael@Greeneketchum.com
*Counsel for Plaintiff*

2